PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 12/2023)

## IN THE UNITED STATES DISTRICT COURT
### FOR THE ___Eastern___ DISTRICT OF TEXAS
### ___Texarkana___ DIVISION

Kedrien Booker 2425936

Plaintiff's Name and ID Number

Mark W. Michael

Place of Confinement

All Defendant address is same except Inmate
3899 State Hwy 98 NewBoston TX 75570   Roderick Ervin
                                        since Been Transfered

CASE NO. 5:25 cv 181

(Clerk will assign the number)

v. Mary Martin, Jenny Baird

Donna Duncan, John Fenton

Defendant's Name and Address  Cierra L. McClain

Independent ombudsman P.O. Box 99 Huntsville
TX 79342

Eric Guerrero address unknown

Sonya Whitmore, Sedrick Taylor

Defendant's Name and Address

Inmate Roderick Ervin
Inmate Santiago Dominguez
Inmate 12 Building 55I Alan

Buck Taylor, Jennifer Mutnonsky

Defendant's Name and Address
( DO NOT USE "ET AL.")

Lillian loosier, troy Tefteller, Andrea R. Brown, Raneisha Davis

Cindy shuffer, Callie Boyd, Ashley Hernandez, Joe Tovar, ~~Brooke~~

NOTICE: Jason Gould, Jason Smith, Krystle M. Deadner, Russell Moncrief

### INSTRUCTIONS - READ CAREFULLY

Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1.  To start an action you must file an original and one copy of your complaint with the court.  You should keep a copy of the complaint for your own records.

2.  Your complaint must be legibly handwritten, in ink, or typewritten.  You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct.  If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3.  You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure.  Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.  When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred.  If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID),  the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1.  In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $55.00 for a total fee of **$405.00**.

2.  If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3.  The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $55.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4.  If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.  PREVIOUS LAWSUITS:

    A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES___NO

    B.  If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1.  Approximate date of filing lawsuit:_____

        2.  Parties to previous lawsuit:

            Plaintiff(s)_____

            Defendant(s)_____

        3.  Court: (If federal, name the district; if state, name the county.)_____

        4.  Cause number:_____

        5.  Name of judge to whom case was assigned: _____

        6.  Disposition: (Was the case dismissed, appealed, still pending?) _____

        7.  Approximate date of disposition:_____

II.    PLACE OF PRESENT CONFINEMENT: _Mark W. Michael_____

III.   EXHAUSTION OF GRIEVANCE PROCEDURES: I File a step 1. Never Recieve it Back. It was destroyed.
Have you exhausted all steps of the institutional grievance procedure?    _✓_YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.    PARTIES TO THIS SUIT:

A. Name and address of plaintiff: _Kedrien Booker 26664 FM 2054_____
_Mark W. Michael Unit Tennssee Colony TX 75886_____

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: _Jenny Baird, sergeant Barry telford unit 3899 State Hwy 98S New Boston TX 75570_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #2: _Mary Martin, correctional officer Barry Telford 3899 State Hwy 98S New Boston TX 75570_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: _Donna Duncan, sergeant Barry Telford 3899 State Hwy 98S New Boston TX 75570_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _John Fenton, Lieutenant Barry Telford 3899 State Hwy 98S New Boston TX 75570_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _Sonya Whitmore, sergeant at barry telford unit 3899 State Hwy 98S New Boston TX 75570_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant 6: Sedrick Taylor, correctional officer Barry Telford Unit 3899 State Hwy 98 S New Boston TX 75570

Defendant 7. Buck Taylor, Asst Warden Barry Telford Unit 3899 State Hwy 98 S New Boston TX 75570

Defendant 8. Jennifer Mutnansky, Major Barry Telford Unit 3899 State Hwy 98 S New Boston TX 75570

Defendant 9. Lillian Loosier, Mental Health case manager at Barry Telford Unit 3899 State Hwy 98 New Boston TX 75570

Defendant 10. Troy Tefteller, Medical Staff is my Wittness

Defendant 11. Andrea R Brown, medical staff at Barry Telford Unit 3899 State Hwy 98 S New Boston TX 75570

Defendant 12. Raneisha Davis, Mental Health case manager Barry Telford Unit 3899 State Hwy 98 S New Boston TX 75570. She also is my Wittness because I Report it to her. And she Report it.

Defendant 13. Cindy Shaffer, Mental Health case manager, Barry Telford Unit 3899 State Hwy 98 S New Boston TX 75520

Defendant 14. Callie Boyd, Self Harm officer, Barry Telford Unit 3899 State Hwy 98 S New Boston TX 75570

Defendant 15, Ashley Hernandez, Self Harm officer at Barry telford unit 3899 State Huy 98 s New Boston TX 75570

Defendant 16, Joe Tovar, Warden at Barry telford 3899 state Huy 98 S New Boston TX 75570

Defendant 17, Jason Goold, Asst Warden at Barry Telford 3899 state Huy 98S New Boston TX 75570

Defendant 18, Jason smith, Major at Barry telford 3899 state Huy 98 S New Boston TX 75570

Defendant 19, Krystle Deadner, caption at Barry telford 3899 State Huy 98S New Boston TX 75570

Defendant 20, Russell Moncrief, caption at Barry telford unit 3899 State Huy 98s New Boston TX 75570

Defendant 21, Roderick Ervin, Inmate unknown address 00514684

Defendant 22, Eric Guerrero, Director, p.o. Box 99 Huntsville TX 77342

Defendant 23 Santiago Dominguez, Inmate, 3899 state Huy 98S New Boston TX 75570

V. STATEMENT OF CLAIM:

*Under color of state Law All Defendant owe me a Duty of Reasonable Care*

*All Defendants failed to take Reasonable protective Measure to protect Me from Roderick Ervin*

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

*I Request a Jury Demand, I wanna File Criminal charges on Roderick Ervin*

Between 9-1-25 - 9-20-25 12 Building E pod 24 Cell, Inmate Roderick Ervin is Sexually hassing me, Telling me To Suck his dick. He want me to Shit on his Dick, Everyday All Day, Calling me a Female Name, etc. I Report this to All Defendants either oral or thru I60's I wrote Multi I60's To Safe prison Mary Martin, and Jenny Baird. Mary Martin and Sgt Baird Refuse to investigate nurse Tefteller is my wittness because He made notes when I went to Medical for A different Reason, For 2 weeks I wrote caption Moncrief, caption Deadner Warden Tovar, Taylor and Gould Tring to get Away from him They ignore Me I even told warden Taylor and Jennifer Mutranski when they Did a supervisory chack on 9-17-25, they said we will look into it, lied didn't Do Nothing. It got So Bad, I started to get Depress & I Cut on myself Tring to Kill myself

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. In my prayer to the courts. I wanna File Criminal Complaint against Sgt Jenny Baird and Mary Martin Buck Taylor & Jenifer Mutranski they Fail to Report, they Breach Mandatory Reporting Laws, plus in Damages in their individual Capacity I want 3.9 million Dollars & 7.2 million in punitive. All other Defendants in Their individual Capacities I want $732,215 in Damages plus 275,000 in punitive Damages. Against Eric Guerrero in his individual Capacity I seek 3.6 million & 17.5 million in punitive plus Attorney Fees & Cost

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Kedrien Booker KDKI

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

2425926    14182-042

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  _____ YES  _✓_ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): _____

2. Case number: _____

3. Approximate date sanctions were imposed: _____

4. Have the sanctions been lifted or otherwise satisfied?  _____ YES _____ NO

4

C. Has any court ever warned or notified you that sanctions could be imposed?      _____ YES _✓_ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

    1. Court that issued warning (if federal, give the district and division): _____

    2. Case number: _____

    3. Approximate date warning was issued: _____

Executed on: _____
         DATE

_____

_____
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ____ 24 ____ day of ____ NOV ____ , 20 _25_.
       (Day)         (month)        (year)

_____

_____
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

5

In The United States District Court
For the Eastern District of Texas
Texarkana Division

Plaintiff
Kedrien Booker 2425926

Motion of
Declaration
of
Facts

Declaration of Facts

I Kedrien Booker the plaintiff in this Civil action is submitting this Declaration in Support of My Complaint. On 9-24-25, Alexis Sims Sgt at Telford Unit 12 Building Rehouse Roderick Ervin because they needed his Cell. if it wasn't for that He would Still be Sexually Harrassing Me. I Have Multiple witnesses.

① Glen Johnson. Discharge parole ② Daniel Sanchez 02408336 ③ Bryan Swanigan 02407775
④ ~~crossed out~~ ⑥ V. nurse. Troy Tefteller ⑥ MH case manager. Raneisha Davis
⑦ Kashaila Veney ⑧ ~~crossed out~~ ⑨ Andrea Brown NP

Safe prisons/prea Mary Martin and Jenny Baird did a improper investigation they did not follow prea procedure nor protocal etc leaving Me and Roderick Ervin in the Same Section 12 Section ② pod E for over 2 weeks.

Executed on Sep 25-2025
Pro-Se Kedrien Booker 2425926
Telford Unit
3899 State Hwy 98 S
New Boston Tx
75570

On 9-1-25 (Roderick Leon Ervin) started sexually harrassing and sexually Abusing Me. saying He want me to shit on his Dick. He gonna finger Fuck Me. All Kinds of sexual comments and statements towards Me. Me only. It got so Bad that Santiago Dominguez started Doing it. (Roderick Ervin-00514684) and (Santiago Dominguez-02407587) Calling Me a Female Name Kesha Renea. saying Because my food slot is Broke He wont Me to suck the Cum out of his Dick. etc. santiago say He got 40 years He Need a good Dick suck by a man with NO teeth. it lasted From 9-1-25 thru 10-1-25 a hole month All Day every Day. it got so Bad it got under My Skin I started Cutting Myself. It Messed with my physological. I Report it to Mary martin safeprison. prea sgt Jonny Baird Sgt Donna Duncan, John Fenton, sonya whitmore, sedrick taylor. warden Buck taylor. Major Jennifer Mutnousky. Everybody fail to Report or Fail to act. Even the warden Buck taylor made Jokes as if it was Funny. Nobody follow prea policy\protocal I Became depress. Sgt Baird said their was No evidence when I had Multiple witness even a Officer who sit on CDO (Officer Cantu Bodycam over heard) the improper comments yet still prison officials fail to protect me. Sgt Baird and mary martin who is over safe prison & prea did a improper investigation. etc my wittness are Nurse (medical Document Teffteller, morgan, Andrea Braen Bryan Swanigan-02407775, Daniel Sanchez-02408336 those 2 inmates overheard the comments every Day All Day R. Davis    Cindy Shaffer, Lillian loosier warden Buck taylor & Jennifer Mutnousky condone while safeprison\prea staff mary martin & Jenny Baird Fail to proper investigate After Multiple staff Reported

9-22-25

2.claim On 9-19-25 officer Santron Brown took me to see United classification committee about a sexual Hairassment.

I Have a Temp Restraining order against Warden Jason Gould who conducted the hearing. I was or do not suppose to Be around him Nor Does he suppose to Make any decesion about me.

also I am Filing suit against him.

it was a Black lady a white lady and warden Jason Gould. I have a pending Transfer already in place. their Decesion was to Place Me on CDO For NO Valid Reason. Warden gould is Doing it in Retaliation. The other 2 Jane Doe Females is Doing it with Bad Motives. To Be evil. Mental Health/Medical Department is the only personeel who can place a inmate on CDO if they feel a inmate is a Threat to himself or others.

I was placed in a Cage Because I Refise to go on CDO. For over 6 hours No Drinking water and I had to Stand up because I had to use the Restroom and because I was in a cage + was denied arcess to Toliet so I urinated on floor and I had to step in it. Santron Brown was pulling in Attempt to provoke me to Anger. Lt Holmes came in warden office agressively using his Body to Brush up next to me in Attempt to provoke me. officer Ameh took my property. while in cage I was given Food Tray from Leslie mcquinn. Look like Slop Nrew camera inmates Throwing me Biscuits on floor inside cage where I urinate at. I was so hungry I had to eat Biscuits with Urine on it. This is considered cruel d inhumane. Treatmet Jason Gould, Jane Does from Classification. Sgt Sonya whitmore Sgt Crystal Williams, Lt John Holmes, Major Jennifer Mutranskx they wittness me in cage mental health clear me to go Back to my cell Santron Brown+they Loft me in cage 7 hrs pee on myself + tca