**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | | |
|---|---|---|
| KEDRIEN BOOKER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:25-CV-181-RWS-JBB |
| | § | |
| JENNY BAIRD, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Plaintiff Kedrien Booker, proceeding *pro se*, filed this civil rights lawsuit under 42 U.S.C. § 1983, alleging that Defendants deprived him of his constitutional rights. Docket No. 1. The lawsuit was referred to United States Magistrate Judge J. Boone Baxter. On December 8, 2025, the Court ordered Plaintiff to file an amended complaint in compliance with Federal Rule of Civil Procedure 8(a). Docket No. 5. Plaintiff received a copy of the December 8, 2025 order but failed to file an amended complaint. Docket No. 8.

On March 4, 2026, the magistrate judge issued a Report and Recommendation, recommending that this case be dismissed without prejudice for failure to obey an order of the Court. Docket No. 11. A copy of the Report and Recommendation was sent to Plaintiff at his last known address, but no objections have been received. The Fifth Circuit has explained that where a letter is properly placed in the United States mail, a presumption exists that the letter reached its destination in the usual time and was actually received by the person to whom it was addressed. *See Faciane v. Sun Life Assurance Co. of Can.*, 931 F.3d 412, 420–21 and n.9 (5th Cir. 2019).

Because no objections have been filed, Plaintiff is barred from *de novo* review by the District Judge of the findings, conclusions, and recommendations of the magistrate judge and,

except upon grounds of plain error, from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the District Court. *Duarte v. City of Lewisville, Tex.*, 858 F.3d 348, 352 (5th Cir. 2017).

The Court has reviewed the pleadings in this cause and the Report and Recommendation of the magistrate judge. After review, the Court concludes that the Report and Recommendation of the magistrate judge is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918 (1989) (where no objections to a magistrate judge's report and recommendation are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law"). Accordingly, it is

**ORDERED** that the Report and Recommendation of the magistrate judge (Docket No. 11) is **ADOPTED** as the opinion of the District Court. It is further

**ORDERED** that the above-styled case is **DISMISSED WITHOUT PREJUDICE** for failure to obey an order of the Court. It is further

**ORDERED** that all motions which may be pending in this civil action are hereby **DENIED-AS-MOOT**.

So **ORDERED and SIGNED** this 8th day of April, 2026.

Robert W Schroeder III
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE